UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14331-CIV-ROSENBERG/LYNCH

TRINA NESBITT,

    Plaintiff,

v.

LIBERATOR MEDICAL SUPPLY, INC.,

    Defendant.
_____/



FILED by ____ D.C.
OCT - 6 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

<u>ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE</u>
<u>AND</u>
<u>ORDER REQUIRING JOINT SCHEDULING REPORT</u>

**THIS CAUSE** comes before this Court upon an Order of Reference to conduct a Local Rule 16.1 scheduling conference. Noting that the Plaintiff has not yet served the Defendant and that the Defendant has not otherwise appeared in this case, it is hereby,

**ORDERED AND ADJUDGED** that the undersigned United States Magistrate Judge will hold a telephonic scheduling conference in this case on **FRIDAY, OCTOBER 30, 2015 at 2:20 pm**, with the Plaintiff responsible for initiating the conference call to opposing counsel and to Chambers at (772) 467-2320. <u>Chambers will not initiate the conference call.</u> It is further,

**ORDERED AND ADJUDGED** that pursuant to Local Rule 16.1(b)(1), counsel for all appearing parties shall hold a scheduling conference at which time they shall prepare a Joint

Scheduling Report. The parties shall base their Joint Scheduling Report on the already set trial date[1] and in calculating the case's pre-trial deadlines, they shall apply the guidelines attached to this Order. The parties shall apply the guideline (Standard Track or Fast Track) that is more appropriate and better fits the case's trial date. Lastly this Court reminds the parties to be sure to calendar the already set Status Conference and to include that date in their Joint Scheduling Report, as well. The participating parties shall file their Joint Scheduling Report no later than **WEDNESDAY, OCTOBER 28, 2015**. It is further,

**ORDERED AND ADJUDGED** that forthwith the Plaintiff shall provide the Defendant a copy of this Order and that no later than **FRIDAY, OCTOBER 9, 2015**, the Plaintiff shall file a Notice informing this Court that the Defendant received a copy of this Order and what measures were taken to provide it. This Court advises the parties that the telephonic scheduling conference will proceed regardless of whether the Defendant participates in the conference call. This Court will issue its Pre-Trial Scheduling Order after that telephonic conference. It is further,

---

[1] This Court reminds the parties that they have the option to file a motion to modify the trial date. As the District Court instructs in its Order Setting Status Conference, Calendar Call, and Trial Date, the undersigned "may modify the above-set trial date" but "only if a motion for such relief is filed prior to the Pre-Trial Conference."

**ORDERED AND ADJUDGED** that <u>it is important that the parties place the conference call to Chambers promptly at the appointed time.</u> This is important to ensure that the Court can hold the Scheduling Conference in time before the next one starts. There are multiple Scheduling Conferences set on this date. It is further,

**ORDERED AND ADJUDGED** that the parties should go ahead and begin pre-trial tasks now and in advance of the Scheduling Conference. <u>For the Plaintiff, this means completing service of process on the Defendant</u>. Then, after the Defendant's appearance, both parties shall begin such pre-trial tasks as Initial Disclosures and discovery. In other words the case already should be progressing by time of the Scheduling Conference. This is important so that the parties can complete all pre-trial tasks before the soon upcoming trial date.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of October, 2015.

```
_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE
```

cc:   Stefan L. Coleman, Esq.

## Guideline for Fast Track Cases

### (for cases whose trial date is about 8 months after the complaint's filing)

| | |
|---|---|
| 2 weeks after Pre-Trial Scheduling Conference | Rule 26(a)(1)(A) Initial Disclosures |
| 5-6 months before trial | Add Parties and Amend Pleadings |
| 5-6 months before trial | Any Motion for Class Certification |
| 5 months before trial | Fact Discovery (Needed for Expert Witness Purposes) |
| 5 months before trial | Both Sides' Primary/Initial Expert Witnesses (same date) |
| 4 months before trial | Both Sides' Rebuttal/Responsive Expert Witnesses (same date) |
| 3-4 months before trial | Complete All Expert Witness Discovery |
| 3-4 months before trial | Complete All Discovery (including Fact Discovery unrelated to Expert Witnesses) |
| 2-3 months before trial | All Pre-Trial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine*. (same date for all) |
| 60 days before trial | Mediation |
| 1 month before trial | File Joint Pretrial Stipulation. Designate deposition testimony. Exchange Rule 26(a)(3) witness and exhibit lists |
| 2 weeks before trial | Object to deposition testimony designations |
| 1 week before trial | File Proposed Jury Instructions or Proposed Findings of Fact and Conclusions of Law. Submit pre-labeled exhibit and witness lists. |

## Guideline for Standard Track Cases

(for cases whose trial date is about 12 months after the complaint's filing)

| | |
|---|---|
| 2 weeks after Pre-Trial Scheduling Conference | Rule 26(a)(1)(A) Initial Disclosures |
| 8 months before trial | Add Parties and Amend Pleadings |
| 8 months before trial | Any Motion for Class Certification |
| 7 months before trial | Fact Discovery (Needed for Expert Witness Purposes) |
| 6-7 months before trial | Both Sides' Primary/Initial Expert Witnesses (same date) |
| 5-6 months before trial | Both Sides' Rebuttal/Responsive Expert Witnesses (same date) |
| 5-6 months before trial | Complete All Expert Witness Discovery |
| 5-6 months before trial | Complete All Discovery (including Fact Discovery unrelated to Expert Witnesses) |
| 4-5 months before trial | All Pre-Trial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine*. (same date for all) |
| 60 days before trial | Mediation |
| 1 month before trial | File Joint Pretrial Stipulation. Designate deposition testimony. Exchange Rule 26(a)(3) witness and exhibit lists |
| 2 weeks before trial | Object to deposition testimony designations |
| 1 week before trial | File Proposed Jury Instructions or Proposed Findings of Fact and Conclusions of Law. Submit pre-labeled exhibit and witness lists. |